442 A.2d 335

Commonwealth v. Bonetsky, Appellant.

Submitted June 13, 1980. Colie B. Chappelle, for appellant; William Platt, District Attorney, for Commonwealth, appellee.

Before HESTER, CAVANAUGH and VAN der VOORT, JJ.

Judgment of sentence affirmed.